**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6162**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMAR LACOBLY ALSTON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:19-cr-00356-NCT-1)

---

Submitted:  June 2, 2022                    Decided:  September 16, 2022

---

Before MOTZ, DIAZ, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jamar Lacobly Alston, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar Lacobly Alston appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.  We review the district court's order for abuse of discretion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021).  A district court abuses its discretion when it "acts arbitrarily or irrationally, . . . fails to consider judicially recognized factors constraining its exercise of discretion, . . . relies on erroneous factual or legal premises, or . . . commits an error of law."  *United States v. High*, 997 F.3d 181, 187 (4th Cir. 2021) (cleaned up).  After reviewing the record in this case, we conclude that the district court did not abuse its discretion in finding that Alston failed to demonstrate "extraordinary and compelling reasons" for compassionate release.  *See* 18 U.S.C. § 3582(c)(1)(A)(i).  Therefore, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2